THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE EMPLOYEE PAINTERS' TRUST *et al.*, <br><br> Plaintiffs, <br> v. <br><br> ALASKA GLAZING, INC., an Alaska corporation, d/b/a FAÇADE TECH, *et al.*, <br><br> Defendants. | CASE NO. C19-1924-JCC <br><br> MINUTE ORDER |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendants to file and serve their answer to Plaintiffs' complaint (Dkt. No. 11). The Court hereby GRANTS the motion and ORDERS that Defendants must file and serve their answer to Plaintiffs' complaint by July 15, 2020.

DATED this 26th day of December 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk